```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Singh et al<br><br>    Defendants | Case No. **2:09-cv-00897-MCE-DAD**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 7, 2009 FOR DEFENDANTS NIRMAL SINGH; CHOUA P. LEE; BONG W. CHOI; BY SUPPLIES INC.; CHINH D. PHAM; VALLEY MACK PLAZA CO. L.P. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Nirmal Singh; Choua P. Lee; Bong W. Choi; By Supplies Inc.; Chinh D. Pham; Valley Mack Plaza Co. L.P., by Scott N. Johnson attorney representing the Plaintiff and Robert Shaver property manager representing the Defendant, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendant Nirmal Singh until June 23, 2009 to respond or otherwise plead reference to Plaintiff's complaint. This extension is to include all defendants.
2. Defendants Nirmal Singh; Choua P. Lee; Bong W. Choi; By Supplies Inc.; Chinh D. Pham; Valley Mack Plaza Co. L.P. are granted an extension until September 7, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Nirmal Singh; Choua P. Lee; Bong W. Choi; By Supplies Inc.; Chinh D. Pham; Valley Mack Plaza Co. L.P. response will be due no later than September 7, 2009.

IT IS SO STIPULATED effective as of August 17, 2009

Dated:  August 17, 2009             /s/Robert Shaver_____ ___
                                     Robert Shaver,
                                     For Valley Mack Plaza
                                     Co., L.P. and Valley
                                     Mack Plaza Tenants

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:  August 17, 2009              /s/Scott N. Johnson
                                     Scott N. Johnson,
                                     Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Nirmal Singh; Choua P. Lee; Bong W. Choi; By Supplies Inc.; Chinh D. Pham; Valley Mack Plaza Co. L.P. shall have until September 7, 2009 to respond to complaint.

DATED: August 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com