SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Singh, et al<br><br>    Defendants | Case No. **2:09-cv-00897-MCE-DAD**<br><br>**PLAINTIFF'S REQUEST RE:LEAVE OF COURT FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER** |

Plaintiff, Scott N. Johnson, hereby requests a leave of Court for the purpose of filing a First Amended Complaint which will include a change of Defendants as well as a change related to the injunctive relief and actual and forgone visits to the subject businesses/subject property. Currently, no Defendants have filed a responsive pleading to the original Complaint and all Defendants are in Default.

Dated:  April 23, 2010

DISABLED ACCESS PREVENTS INJURY, INC.


/s/Scott N. Johnson  ____

Scott N. Johnson,

Attorney for Plaintiff


**ORDER**

IT IS HEREBY ORDERED THAT the Plaintiff may file a First Amended Complaint not later than June 1, 2010.

Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE